LSNJ

**Legal Services of New Jersey**
P.O. Box 1357
Edison, New Jersey 08818-1357
Phone: (732) 572-9100
Fax: (732) 572-0066
**www.lsnj.org**
**www.lsnjlaw.org**

Legal Services in New Jersey
Since 1966

Dawn K. Miller, Esq.
**President**

Claudine M. Langrin, Esq.
**Executive Vice President**

Akil Roper, Esq.
**Senior Vice President**

Raquiba Huq, Esq.
**Senior Vice President**

Maryann Flanigan, Esq.
**Vice President**

Olivia Kaplan, Esq.
Staff Attorney

Via ECF
Honorable Georgette Castner, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**RE: *Monge Urena v. Wilson, et al.*, No. 26-cv-10383 (GC), Request for Extension on Consent**

Dear Judge Castner:

Petitioner respectfully requests a 7-day extension to file a reply to Respondent's August 18th letter (ECF 4). The reason for this request is that records from Petitioner's Essex County Superior Court Case No. 23 004598-001 are sealed and we have not been able to obtain the full record of conviction to address Respondent's assertion that Petitioner is subject to mandatory detention under 8 U.S.C. § 1226(c). AUSA Frances Bajada has consented to this request.

Thank you for your attention to this matter.

Dated: August 21, 2026

Respectfully submitted,

<u>/s/*Olivia Kaplan*</u>
Olivia Kaplan, Esq.
Rachel Salazar, Esq.
Legal Services of New Jersey
100 Metroplex Drive, Suite 101
Edison, New Jersey 08817
okaplan@lsnj.org
(732) 529-8323

It is so ordered this 24th day of August, 2026. Petitioner shall file a letter response to Respondents' Letter, (ECF No. 4), by August 29, 2026.

Georgette Castner
GEORGETTE CASTNER, U.S.D.J.

rsalazar@lsnj.org
(848) 253-3322
*Pro Bono* Attorneys for
Petitioner

cc: FRANCES BAJADA
Assistant United States Attorney
*Attorney for Respondents*