**Legal Services of New Jersey**
P.O. Box 1357
Edison, New Jersey 08818-1357
Phone: (732) 572-9100
Fax: (732) 572-0066
**www.lsnj.org**
**www.lsnjlaw.org**

Legal Services in New Jersey
**60 Years**

October 15, 2026

Dawn K. Miller, Esq.
**President**

Claudine M. Langrin, Esq.
**Executive Vice President**

Akil Roper, Esq.
**Senior Vice President**

Raquiba Huq, Esq.
**Senior Vice President**

Maryann Flanigan Sutherland, Esq.
**Vice President**

Olivia F. Kaplan
**Staff Attorney**

**Via ECF**
Hon. Georgette Castner
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

It is so ordered this 16th day of October, 2026.

GEORGETTE CASTNER, U.S.D.J.

**Via ECF to All Counsel**

Re: *Monge Urena v. Wilson, et. al*, No. 26-10383 (GC)
Request for extension on consent

Dear Judge Castner:

We are writing to request an extension to October 22, 2026 to reply to Respondent's letter filed October 7, 2026 in Mr. Monge Urena's case. Respondents have consented to this request.

Thank you for your attention to this matter.

Very truly yours,

/s/*Olivia Kaplan*
Olivia Kaplan, Esq.