Olivia Kaplan, Esq.
Rachel Salazar, Esq.
LEGAL SERVICES OF NEW JERSEY
100 Metroplex Drive, Suite 101
Edison, New Jersey 08818
okaplan@lsnj.org
732-529-8323

*Attorney for Petitioner*

ROBERT FRAZER
United States Attorney
Frances Bajada
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
frances.bajada@usdoj.gov
973-297-2038
*Attorney for Respondents*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Giovanni MONGE URENA, Petitioner, | CASE NO: 26-10383 |
| v. | Hon. Georgette Castner |
| Arthur WILSON, *et al.*, Respondents. | ELECTRONICALLY FILED |

# **STIPULATED DISMISSAL**

Petitioner Giovanni Monge Urena notifies the Court that the parties have stipulated to dismissal of his habeas petition, ECF No. 1, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own attorneys' fees and costs.

On August 14, 2026, Mr. Monge Urena filed a habeas petition challenging the constitutionality of his ongoing detention by Immigration and Customs Enforcement

(ICE) during the pendency of his immigration proceedings. However, Mr. Monge Urena has decided not to file a BIA appeal of his October 15, 2026 order of removal. Therefore, on November 15, 2026, Mr. Monge Urena will be subject to a final order of removal. Mr. Monge Urena wishes to be expeditiously removed and no longer seeks relief from this Court.

By stipulation of parties, the above-captioned petition for habeas corpus is voluntarily dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

Because this dismissal terminates the action, the parties agree that the Court's orders enjoining respondents from transferring petitioner from the District of New Jersey, ECF No. 2, no longer remains in effect, and Petitioner consents to its dissolution so that his removal may be effectuated.

RESPECTFULLY SUBMITTED this 12th day of November, 2026.

/s/Olivia Kaplan
Olivia Kaplan, Esq.
Rachel Salazar, Esq.
100 Metroplex Drive, Suite 101
Edison, NJ 08817
okaplan@lsnj.org
732-529-8323
*Attorney for Petitioner*

ROBERT FRAZER

United States Attorney

/s/_Frances Bajada___
Frances Bajada, Esq.
Assistant United States Attorney
U.S. Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102
frances.bajada@usdoj.gov
973-297-2038
*Attorney for Respondent*

So ordered this 13th day of November, 2026. The Clerk's Office is directed to CLOSE this case.

Georgette Castner
______________________

Hon. Georgette Castner